**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re:    Washmax Garment Care, Inc | § | Case No. 2:17-bk-20396-WB |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Peter J Mastan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $367,500.00 | Assets Exempt:  $0.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:  $4,737.00 | Claims Discharged Without Payment:  $1,217,012.37 |
| Total Expenses of Administration:  $18,606.34 | |

    3) Total gross receipts of $23,343.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $23,343.34 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 712,000.00 | 478,931.92 | 478,931.92 | 4,737.00 |
| PRIORITY CLAIMS |  |  |  |  |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 43,507.46 | 43,507.46 | 18,606.34 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 833,000.00 | 515,780.59 | 515,780.59 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 348,000.00 | 877,588.80 | 869,012.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$1,893,000.00** | **$1,915,808.77** | **$1,907,232.34** | **$23,343.34** |

     4) This case was originally filed under Chapter 7 on 08/24/2017. The case was pending for 36 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2020     By: /s/ Peter J Mastan

                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Chevy Box Van | 1129-000 | 14,000.00 |
| Preference Claim against SoCal Gas | 1241-000 | 5,000.00 |
| Preference Claim against Southern California Ediso | 1241-000 | 4,343.34 |
| **TOTAL GROSS RECEIPTS** | | **$23,343.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | 4210-000 | N/A | 4,737.00 | 4,737.00 | 4,737.00 |
| NOTFILED | Hanmi Bank | 4210-000 | 262,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRS | 4210-000 | 450,000.00 | 0.00 | 0.00 | 0.00 |
| 2s | Los Angeles County Treasurer And Ta | 4220-000 | 0.00 | 22,368.82 | 22,368.82 | 0.00 |
| 1s | Irs | 4300-000 | 0.00 | 451,826.10 | 451,826.10 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$712,000.00** | **$478,931.92** | **$478,931.92** | **$4,737.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter J. Mastan | 2100-000 | N/A | 1,178.41 | 1,178.41 | 1,178.41 |
| Peter J. Mastan | 2200-000 | N/A | 3.45 | 3.45 | 1.32 |
| RE Company | 3991-000 | N/A | 1,340.00 | 1,340.00 | 1,340.00 |
| RE Company | 3992-000 | N/A | 556.73 | 556.73 | 556.73 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| SulmeyerKupetz | 3210-000 | N/A | 14,537.00 | 14,537.00 | 5,554.05 |
| Weiland Golden Goodrich LLP | 3220-000 | N/A | 112.55 | 112.55 | 43.00 |
| SulmeyerKupetz | 3220-000 | N/A | 252.17 | 252.17 | 96.34 |
| Weiland Golden Goodrich LLP | 3220-000 | N/A | 13,330.00 | 13,330.00 | 5,092.90 |
| Grobstein Teeple, LLP | 3410-000 | N/A | 9,377.00 | 9,377.00 | 3,582.61 |
| Grobstein Teeple, LLP | 3420-000 | N/A | 87.75 | 87.75 | 33.53 |
| International Sureties, Ltd | 2300-000 | N/A | 11.02 | 11.02 | 11.02 |
| International Sureties, Ltd. | 2300-000 | N/A | 4.31 | 4.31 | 4.31 |
| Texas Capital Bank | 2600-000 | N/A | 45.00 | 45.00 | 45.00 |
| Union Bank | 2600-000 | N/A | 75.00 | 75.00 | 75.00 |
| FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | 2820-000 | N/A | 2,597.07 | 2,597.07 | 992.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$43,507.46** | **$43,507.46** | **$18,606.34** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1p | Irs | 5800-000 | 0.00 | 387,668.43 | 387,668.43 | 0.00 |
| 2p | Los Angeles County Treasurer And Ta | 5800-000 | 0.00 | 4,569.96 | 4,569.96 | 0.00 |
| 6p | Franchise Tax Board | 5800-000 | 0.00 | 1,724.48 | 1,724.48 | 0.00 |
| 7 | Employment Development Department | 5800-000 | 0.00 | 121,817.72 | 121,817.72 | 0.00 |
| NOTFILED | Berkshire Hathaway Workers | 5800-000 | 230,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Hunbtinton Park | 5800-000 | 3,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Huntington Park Water | 5800-000 | 250,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | County Sanitation of Los Angeles | 5800-000 | 50,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | EDD | 5800-000 | 200,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LA County | 5800-000 | 6,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | LA County Fire Department | 5800-000 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | State Fund Workers Compensation Ins | 5800-000 | 90,000.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | TOTAL PRIORITY UNSECURED CLAIMS | | $833,000.00 | $515,780.59 | $515,780.59 | $0.00 |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1g | Irs | 7300-000 | 0.00 | 283,315.91 | 283,315.91 | 0.00 |
| 3 | Hanmi Bank | 7100-000 | 0.00 | 273,350.88 | 273,350.88 | 0.00 |
| 4 | State Compensation Insurance Fund | 7100-000 | 0.00 | 72,104.94 | 72,104.94 | 0.00 |
| 5 | Cypress Insurance Company | 7100-000 | 0.00 | 157,929.00 | 157,929.00 | 0.00 |
| 6g | Franchise Tax Board | 7100-000 | 0.00 | 499.55 | 499.55 | 0.00 |
| 8 | Southern California Gas Company | 7100-000 | 0.00 | 16,510.90 | 16,510.90 | 0.00 |
| 9 | Southern California Edison | 7100-000 | 0.00 | 843.26 | 843.26 | 0.00 |
| 10 | Southern California Edison | 7100-000 | 0.00 | 8,576.43 | 0.00 | 0.00 |
| 11 | Synchrony Bank | 7100-000 | 0.00 | 3,780.61 | 3,780.61 | 0.00 |
| 12 | County Sanitation District Of Los A | 7100-000 | 0.00 | 60,677.32 | 60,677.32 | 0.00 |
| NOTFILED | Chase | 7100-000 | 15,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cyress Insurance Company | 7100-000 | 180,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Edison | 7100-000 | 50,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Laura Avenue Partners, LLC | 7100-000 | 60,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Phillips 76 Conoco | 7100-000 | 3,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Socal Gas | 7100-000 | 40,000.00 | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $348,000.00 | $877,588.80 | $869,012.37 | $0.00 |

Exhibit 8

Page: 1

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case Number: | 17-20396 JWB | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Washmax Garment Care, Inc | Filed (f) or Converted (c): | 08/24/17 (f) |
| | | §341(a) Meeting Date: | 09/29/17 |
| Period Ending: | 08/07/20 | Claims Bar Date: | 01/29/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Hanmi Bank Checking ***8303<br>Debtor's representative testified that Hamni Bank had taken these fees, possibly after bankruptcy. Given the amount involved, the Trustee did not request turnover of these funds from the bank. | 500.00 | 500.00 | | 0.00 | FA |
| 2 | Edison Security Deposit<br>This security deposit was applied to Debtor's outstanding electricity bill by Edison. As such, it has no value to the Estate. | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 3 | Gas Co Security Deposit<br>This security deposit was applied to Debtor's outstanding electricity bill by creditor. As such, it has no value to the Estate. | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 4 | Laura Avenue Partners LLC Security Deposit<br>This security deposit was applied to Debtor's outstanding debt by creditor. As such, it has no value to the Estate. | 90,000.00 | 90,000.00 | | 0.00 | FA |
| 5 | Used computers, desk and chairs<br>De minimus value to the Estate. As such, the Trustee did not liquidate. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | 2003 Isuzu Box Van<br>Debtor's principle testified that this asset was junked about a year prior to the bankruptcy. As such, it has no value to the Estate. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | 2013 Chevy Box Van<br>This asset was sold for the benefit of creditors pursuant to employment of a broker by Court order entered 12/4/17. | 7,000.00 | 14,000.00 | | 14,000.00 | FA |
| 8 | Used wash machines and dryers (17 total)<br>This asset has no value to the Estate due to secured liens. | 200,000.00 | 0.00 | | 0.00 | FA |
| 9 | Lease on 2130 Laura Avenue<br>This asset has no value to the Estate. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Preference claim against County Sanitation of LA C (u)<br>The Trustee and his counsel determined that this claim had no value to the Estate and as the statute of limitations had passed, he did not abandon it by Court order. | Unknown | 34,000.00 | | 0.00 | FA |
| 11 | Preference claim against City of Huntington Park (u)<br>The Trustee and his counsel determined that this claim had no value to the Estate and as the statute of limitations had passed, he did not abandon it by Court order. | Unknown | 9,176.00 | | 0.00 | FA |

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 2

**Case Number:** 17-20396 JWB  
**Case Name:** Washmax Garment Care, Inc

**Period Ending:** 08/07/20

**Trustee:** Peter J Mastan  
**Filed (f) or Converted (c):** 08/24/17 (f)  
**§341(a) Meeting Date:** 09/29/17  
**Claims Bar Date:** 01/29/18

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Preference Claim against SoCal Gas (u)<br>The Trustee settled this preference claim with SoCal Gas pursuant to Court order entered 12/21/18. | Unknown | 5,000.00 | | 5,000.00 | FA |
| 13 | Preference Claim against Southern California Ediso (u)<br>The Trustee settled this preference claim with Southern California Edison pursuant to Court order entered 7/26/18. | Unknown | 4,343.34 | | 4,343.34 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$374,500.00** | **$234,019.34** | | **$23,343.34** | **$0.00** |

**Major activities affecting case closing:**

TRUSTEE'S FINAL REPORT (TDR)  
The Trustee submitted his TDR to the OUST on or about 8/7/20.  
************************************************************

TRUSTEE'S FINAL REPORT (TFR)  
The Trustee submitted his TFR to the OUST on or about 2/12/20.  
************************************************************

INTERIM REPORT PERIOD THROUGH 12/31/19  
The Trustee, through his counsel, settled various preference claims held by the Estate. The remainder of preference claims were not viable and the statute of limitations has passed to pursue them. All other assets have been administered. Tax returns have been filed, claims have been reviewed, and professional fee applications have been filed. The Trustee is waiting for a bank account statement from Texas Capital Bank so he can submit his TFR to the OUST. He expects the bank account statement to be received in early to mid-February 2020, so he will change his Estimated TFR date to 3/15/20.  
************************************************************

INTERIM REPORT PERIOD THROUGH 9/30/19  
The Trustee, through his counsel, settled various preference claims held by the Estate. He is in the process of abandoning the remainder of preference claims. All other assets have been administered. Tax returns have been filed, and the Trustee is reviewing claims.  
************************************************************

INTERIM REPORT PERIOD THROUGH 6/30/19  
The Trustee, through his counsel, settled various preference claims held by the Estate. He is investigating two other preference claims. All other assets have been administered. Tax returns are being prepared by the Estate's accountant, and the Trustee is reviewing claims.  
************************************************************

INTERIM REPORT PERIOD THROUGH 3/31/19  
The Trustee, through his counsel, settled various preference claims held by the Estate. He is investigating two other preference claims. All other assets have been administered. Tax returns are being prepared by the Estate's accountant, and the Trustee is reviewing claims.  
************************************************************

QUARTERLY REVIEW PERIOD THROUGH 12/31/18  
The Trustee, through his counsel, settled various preference claims held by the Estate. All other assets have been administered. Tax returns are being prepared, and the Trustee is reviewing claims.  
************************************************************

QUARTERLY REVIEW PERIOD THROUGH 9/30/18  
The Trustee is in the process of settling various preference claims held by the Estate. All other assets have been administered. Claims will be reviewed and tax returns prepared.  
************************************************************

QUARTERLY REVIEW PERIOD THROUGH 6/30/18  
The Trustee is in the process of settling various preference claims held by the Estate. All other assets have been administered. Claims will be reviewed and tax returns prepared.

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit 8

Page: 3

***

INTERIM REVIEW PERIOD THROUGH 3/31/18  
The Trustee is in the process of settling various preference claims held by the Estate. All other assets have been administered. Claims will be reviewed and tax returns prepared.

***

QUARTERLY REVIEW PERIOD THROUGH 12/31/17  
The Trustee is investigating possible preference claims, and administering assets.

***

GENERAL:  
This Case commenced as a voluntary Chapter 7 on 8/24/17.

The first 341(a) meeting was held on 9/29/17.

On 9/29/17, the Trustee continued the 341(a) meeting to 10/20/17 for document production.

Prior to 10/20/17, the Trustee continued the 341(a) meeting to 11/30/17 for document production.

Prior to 11/30/17, the Trustee continued the 341(a) meeting to 1/10/18.

Prior to 1/10/18, the Trustee continued the 341(a) meeting to 2/16/18.

Prior to 2/16/18, the Trustee concluded the 341(a) meeting.

** Order Granting Application and Setting Hearing on Shortened Notice: Hrg dt: 10/3/17 Time: 10:00 AM Courtroom: 1375. [Re unlawful detainer]  
Entered 9/26/17

** Order Granting Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)  
Entered 10/4/17

** Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)  
Entered 11/13/18

** Request for court costs Filed by Trustee Peter J Mastan (TR).  
Filed 12/11/19

** Notice to Pay Court Costs Due Sent To: Peter Mastan (TR), Total Amount Due $0.  
Filed 12/11/19

** Notice to professionals to file application for compensation with Proof of Service Filed by Trustee Peter J Mastan (TR).  
Filed 12/11/19

** Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee Peter J. Mastan. The United States Trustee has reviewed the Chapter 7 Trustee's Final Report. Filed by United States Trustee.  
Filed 5/4/20

** Notice of Trustee's Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee  
Filed 3/6/20

** Order of Distribution for SulmeyerKupetz APC, Trustee Chapter 7, Period: to , Fees awarded: $14537.00, Expenses awarded: $252.17; for Weiland Golden Goodrich LLP, Trustee's Attorney, Period: to , Fees awarded: $13330.00, Expenses awarded: $112.55; for Grobstein Teeple LLP, Accountant, Period: to , Fees awarded: $9377.00, Expenses awarded: $87.75; for Peter J Mastan (TR), Trustee Chapter 7, Period: to , Fees awarded: $3084.33, Expenses awarded: $3.45; Awarded on 5/4/2020 (BNC-PDF) Signed on 5/4/2020. (Kaaumoana, William)Professional Fee Report Modified on 5/5/2020 to reflect amount of fees and expenses paid per order; (Garcia, Elaine L.).  
Filed 5/4/20

PROFESSIONAL:  
The Trustee employed Weiland Golden Goodrich as his general counsel.

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 4

\*\* Order Granting Application to Employ Weiland Golden Goodrich LLP  
Entered 5/24/18.

\*\* Application for Compensation (First and Final) and Reimbursement of Expenses of Weiland Golden Goodrich LLP, Counsel for the Trustee; Memorandum of Points and Authorities; and Declaration of David M. Goodrich in Support With Proof of Service for Weiland Golden Goodrich LLP, Trustee's Attorney, Period: 3/19/2018 to 12/19/2019, Fee: $13,330.00, Expenses: $112.55.  
Filed 12/27/19

The Trustee employed SulmeyerKupetz as his general counsel.

\*\* Order Granting Application to Employ Sulmeyerkupetz, a Professional Corporation as General Bankruptcy Counsel.  
Entered 1/4/18.

\*\* Application for Compensation First and Final Application of SulmeyerKupetz, A Professional Corporation, For Allowance and Payment of Fees and Expenses; Declarations of Claire K. Wu and Peter J. Mastan in Support Thereof, with proof of service, for SulmeyerKupetz, A Professional Corporation, Trustee's Attorney, Period: 11/15/2017 to 3/19/2018, Fee: $14,537.00, Expenses: $252.17.  
Filed 12/20/19

The Trustee employed RE Company as agent to sell a 2013 Chevrolet Express Cutaway.

\*\* Order Granting Application to Employ R.E. Company as Agent to Sell Vehicle (2013 Chevrolet Express Cutaway)  
Entered 12/4/17.

The Trustee employed Grobstein Teeple LLP as his accountants.

\*\* Order Granting Application to Employ Grobstein Teeple LLP  
Entered 6/1/18

\*\* Application for Compensation First and Final Application For Compensation and Reimbursement of Expenses of Grobstein Teeple, LLP as Accountants For The Chapter 7 Trustee; Declarations of Howard B. Grobstein and Peter J. Mastan in Support Thereof for Grobstein Teeple LLP, Accountant, Period: 5/1/2018 to 12/27/2019, Fee: $9,377.00, Expenses: $87.75.  
Filed 1/2/20

CLAIMS:  
Notification of Asset Case was filed on 10/26/17.  
Claims Bar Date: 1/29/18  
Gov't Claims Bar Date: 2/20/18

Claims reviewed.

TAXES:  
Tax Returns were filed with the appropriate authorities at the end of July 2019.

ADMIN. STATUS:  
The Trustee sold the Chevy Box Van pursuant to Court order.

\*\* Order Granting Application to Employ R.E. Company as Agent to Sell Vehicle (2013 Chevrolet Express Cutaway)  
Entered 12/4/17.

\*\* Statement Chapter 7 Trustees Report of Sale of Vehicle Described as a 2013 Chevrolet Express Cutaway Pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1), Local Bankruptcy Rule 6004-1(g), with proof of service, Filed by Trustee Peter J Mastan (TR).

Debtor testified that all fees in Debtor's bank account were taken by the bank post-petition. Given the de minimus amount of funds that were in the account, the Trustee did not pursue turnover.

The Trustee settled his preference action against Southern California Edison.

\*\* Order Granting Motion to Approve Compromise under Rule 9019 (BNC-PDF)

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 5

Entered 7/26/18.

The Trustee settled his preference claim with Southern California Gas Company

** Order Granting Motion to Approve Compromise under Rule 9019 with Southern California Gas Company  
Entered 12/21/18.

Two other preference claims against City of Huntington Park and County Sanitation of LA County were not viable and the statute of limitations had passed, so the Trustee did not abandon them.

The Trustee sent preference demand letters to several other creditors that hold security deposits, but it was determined that they were not recoverable.

All washing machines are encumbered by secured liens, and as such, had no value to the Estate.

INSURANCE:  
All assets that require insurance were sold pursuant to Court order.

PENDING LITIGATION  
None.

**Initial Projected Date of Final Report (TFR):** August 24, 2019            **Current Projected Date of Final Report (TFR):** February 12, 2020 (Actual)

            August 07, 2020                                    /s/ Peter J Mastan
                    Date                                           Peter J Mastan

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 17-20396 JWB | | Trustee: | Peter J Mastan |
| --- | --- | --- | --- | --- |
| Case Name: | Washmax Garment Care, Inc | | Bank Name: | UNION BANK |
| | | | Account: | ******7240 - General Checking |
| Taxpayer ID#: | **-***4622 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/07/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/03/18 | | RE Company | Sale of 2013 Chevrolet G3500 Pursuant to Court order entered 12/4/17. | | 7,366.27 | | 7,366.27 |
| 01/03/18 | Asset #7 | | RE Company;2363 Eastman Avenue, Suite 4;Ventura, CA 93003 - 2013 Chevy Box Van    14,000.00 | 1129-000 | | | 7,366.27 |
| 01/03/18 | | Ally Financial | Ally Financial - Payoff of Secured Creditor    -4,737.00 | 4210-000 | | | 7,366.27 |
| 01/03/18 | | RE Company | Santa Fe 76 - Fuel    -75.00 | 3992-000 | | | 7,366.27 |
| 01/03/18 | | RE Company | Fedex - Fedex to Claire Wu    -6.65 | 3992-000 | | | 7,366.27 |
| 01/03/18 | | RE Company | Armando Chavez Auto Wash and Detail - Wash/Detail 10/31/17    -200.00 | 3992-000 | | | 7,366.27 |
| 01/03/18 | | RE Company | RE Company;2363 Eastman Avenue, Suite 4;Ventura, CA 93003 - Fedex to Adam Barasch 12/5/17    -25.08 | 3992-000 | | | 7,366.27 |
| 01/03/18 | | RE Company | Anna Martinez - Transport of Vehicle to Broker    -250.00 | 3992-000 | | | 7,366.27 |
| 01/03/18 | | RE Company | RE Company - Commission - 8.5% of $4,000    -340.00 | 3991-000 | | | 7,366.27 |
| 01/03/18 | | RE Company | RE Company - Commission - 10% of $10,000    -1,000.00 | 3991-000 | | | 7,366.27 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 17-20396 JWB | | Trustee: | Peter J Mastan |
| --- | --- | --- | --- | --- |
| Case Name: | Washmax Garment Care, Inc | | Bank Name: | UNION BANK |
| | | | Account: | ******7240 - General Checking |
| Taxpayer ID#: | **-***4622 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/07/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/18 | 1001 | International Sureties, Ltd. | Bond 016030867 | 2300-000 | | 4.31 | 7,361.96 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 7,346.96 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 7,331.96 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 7,316.96 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 7,301.96 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 7,286.96 |
| 07/03/18 | | Transfer to Texas Capital Bank | Transfer of funds to account ending 8056 | 9999-000 | | 7,286.96 | 0.00 |

|  |  |  |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 7,366.27 | 7,366.27 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,286.96 | |
| **Subtotal** | 7,366.27 | 79.31 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,366.27** | **$79.31** | |

Exhibit 9

**Form 2**

**Cash Receipts and Disbursements Record**

Page: 3

| Case Number: | 17-20396 JWB | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Washmax Garment Care, Inc | Bank Name: | UNION BANK |
| | | Account: | ******7372 - Segregated Checking |
| Taxpayer ID#: | **-***4622 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/07/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/18 | Asset #13 | Southern California Edison | Settlement with SCE re preference claim. Subject to Court-approval. | 1241-000 | 4,343.34 | | 4,343.34 |
| 07/03/18 | | Transfer to Texas Capital Bank | Transfer of funds to account ending 8049 | 9999-000 | | 4,343.34 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,343.34 | 4,343.34 | $0.00 |
| Less: Bank Transfers | | 0.00 | 4,343.34 | |
| **Subtotal** | | 4,343.34 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,343.34** | **$0.00** | |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 4

| **Case Number:** | 17-20396 JWB | | **Trustee:** | Peter J Mastan |
| --- | --- | --- | --- | --- |
| **Case Name:** | Washmax Garment Care, Inc | | **Bank Name:** | Texas Capital Bank |
| | | | **Account:** | ******8049 - Segregated Checking |
| **Taxpayer ID#:** | **-***4622 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/07/20 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/03/18 | | Transfer from Union Bank | Transfer of funds from account ending 7372 | 9999-000 | 4,343.34 | | 4,343.34 |
| 01/10/20 | | Washmax Garment Care, Inc | From #####8049 To #####8056 Transfer to General Account. | 9999-000 | | 4,343.34 | 0.00 |

|  |  |  |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 4,343.34 | 4,343.34 | $0.00 |
| Less: Bank Transfers | 4,343.34 | 4,343.34 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 5

| Case Number: | 17-20396 JWB | | Trustee: | Peter J Mastan |
|---|---|---|---|---|
| Case Name: | Washmax Garment Care, Inc | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******8056 - Checking Account |
| Taxpayer ID#: | **-***4622 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/07/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/03/18 | | Transfer from Union Bank | Transfer of funds from account ending 7240 | 9999-000 | 7,286.96 | | 7,286.96 |
| 08/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 15.00 | 7,271.96 |
| 09/04/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 15.00 | 7,256.96 |
| 10/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 15.00 | 7,241.96 |
| 01/30/19 | Asset #12 | SoCalGas | Settlement payment pursuant to Court order entered 12/21/18 | 1241-000 | 5,000.00 | | 12,241.96 |
| 03/20/19 | 54001 | International Sureties, Ltd | Bond # 016030867 | 2300-000 | | 11.02 | 12,230.94 |
| 01/10/20 | | Washmax Garment Care, Inc | From #####8049 To #####8056 Transfer to General Account. | 9999-000 | 4,343.34 | | 16,574.28 |
| 05/06/20 | 54002 | Peter J. Mastan | | 2100-000 | | 1,178.41 | 15,395.87 |
| 05/06/20 | 54003 | Peter J. Mastan | Trustee Expenses | 2200-000 | | 1.32 | 15,394.55 |
| 05/06/20 | 54004 | SulmeyerKupetz | | 3210-000 | | 5,554.05 | 9,840.50 |
| 05/06/20 | 54005 | SulmeyerKupetz | | 3220-000 | | 96.34 | 9,744.16 |
| 05/06/20 | 54006 | Weiland Golden Goodrich LLP | | 3220-000 | | 43.00 | 9,701.16 |
| 05/06/20 | 54007 | Weiland Golden Goodrich LLP | | 3220-000 | | 5,092.90 | 4,608.26 |
| 05/06/20 | 54008 | Grobstein Teeple, LLP | | 3410-000 | | 3,582.61 | 1,025.65 |
| 05/06/20 | 54009 | Grobstein Teeple, LLP | | 3420-000 | | 33.53 | 992.12 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 6

| Case Number: | 17-20396 JWB | Trustee: | Peter J Mastan |
|---|---|---|---|
| Case Name: | Washmax Garment Care, Inc | Bank Name: | Texas Capital Bank |
| | | Account: | ******8056 - Checking Account |
| Taxpayer ID#: | **-***4622 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/07/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/06/20 | 54010 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 | | 2820-000 | | 992.12 | 0.00 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 16,630.30 | 16,630.30 | $0.00 |
| Less: Bank Transfers | | 11,630.30 | 0.00 | |
| **Subtotal** | | 5,000.00 | 16,630.30 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$5,000.00** | **$16,630.30** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7240** | 7,366.27 | 79.31 | 0.00 |
| **Checking # ******7372** | 4,343.34 | 0.00 | 0.00 |
| **Checking # ******8049** | 0.00 | 0.00 | 0.00 |
| **Checking # ******8056** | 5,000.00 | 16,630.30 | 0.00 |
| | $16,709.61 | $16,709.61 | $0.00 |